Helen Ridge, Petitioner-Appellee, v. John E. Ridge, Respondent-Appellant.

**Gen. No. 10,785.**

Second District.

March 24, 1955.

Rehearing denied May 3, 1955.

Released for publication May 5, 1955.

L. E. Ellison, for appellant; Dixon, Bales & Gunner, for appellee; William R. Gunner, of counsel. Opinion by JUSTICE DOVE. Not to be published in full.